No. 12–5811.  ZAJRAEL *v.* HARMON, WARDEN, ET AL., *ante,* p. 966;

No. 12–5910.  ROWE *v.* MISSOURI, *ante,* p. 952; and

No. 12–6202.  SOLER-NORONA *v.* UNITED STATES, *ante,* p. 968. Petitions for rehearing denied.

No. 12–5765.  WILLIAMS *v.* UNITED STATES, *ante,* p. 935.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

DECEMBER 4, 2012

No. 12–7527 (12A550).  IN RE STOKLEY.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 12–7517 (12A545).  STOKLEY *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

No. 12–7540 (12A558).  OCHOA *v.* TRAMMELL, WARDEN.  C. A. 10th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied.  Certiorari denied.

DECEMBER 7, 2012

No. 12–52.  DAN'S CITY USED CARS, INC., DBA DAN'S CITY AUTO BODY *v.* PELKEY.  Sup. Ct. N. H.  Certiorari granted.

No. 12–135.  OXFORD HEALTH PLANS LLC *v.* SUTTER.  C. A. 3d Cir.  Motions of Chamber of Commerce of the United States of America and DRI–The Voice of the Defense Bar for leave to file briefs as *amici curiae* granted.  Certiorari granted.